■ MARK ZAVELIN, Respondent, v LARISA GREENBERG, Appellant. [852 NYS2d 778]—

The appeal from the intermediate order must be dismissed because the right of direct appeal therefrom terminated with the entry of judgment in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The parties were divorced by a judgment dated February 8, 2007. The defendant filed a notice of appeal from the judgment, but subsequently withdrew that appeal on September 4, 2007. Thus, the appeal from the order must be dismissed. Mastro, J.P., Covello, Eng and Belen, JJ., concur.